### 2012–1107.  Disciplinary Counsel v. Joseph.

This cause came on for further consideration upon respondent's filing of a motion to revise order suspending respondent from the practice of law in Ohio.

Upon consideration thereof, this court orders that the motion is denied.

### 2014–0601.  Kuhn v. Kuhn.

Guernsey App. No. 13–CA–24, 2014-Ohio-126. This cause is pending before the court as an appeal from the Court of Appeals for Guernsey County.

Upon consideration of appellant's motion for continuance of oral argument scheduled for Wednesday, March 11, 2015, it is ordered by the court that the motion is granted.

### 2014–1760.  State ex rel. Magda v. Serrott.

In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo.

Upon consideration of relators' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.